IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**
JUL 2 7 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 1:23CR00101 ACL |
| vs. | ) ) Case N ) | |
| KEITH A. GRISSOM, | ) ) ) | 18 U.S.C. § 922(m) |
| Defendant. | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between on or about January 1, 2020, and July 1, 2021, in Mississippi County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**KEITH A GRISSOM,**

a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly fail to maintain and make appropriate entries in records the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, in violation of Title 18, United States Code, Section 922(m) and punishable under Section 924(a)(3).

Respectfully submitted,

Sayler A. Fleming
United States Attorney

_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney
555 Independence, 3rd Floor
Cape Girardeau, Missouri 63703
Telephone:  (573) 334-3736
Facsimile: (573) 335-2393
E-mail: john.koester@usdoj.gov

UNITED STATES OF AMERICA )
EASTERN DISTRICT OF MISSOURI ) ss.
SOUTHEASTERN DIVISION )

I, John N. Koester, Jr., Assistant United States Attorney for the Southeastern Division of the Eastern District of Missouri, being duly sworn, do say that the foregoing Information is true as I verily believe.

_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney

Subscribed and sworn to before me this 27 day of July, 2023.

GREGORY J. LINHARES, CLERK
UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk