**JS 45 (1/96)   USDC-EDMO**

**CRIMINAL CASE COVER SHEET**

Case No.

☐ Indictment
☒ Information
☐ Waiver of Ind.
☐ Other

FILED
JUL 27 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| Division of Filing | **Place of Offense** | **Matter to be Sealed** | **Type of Charge** |
|---|---|---|---|
| ☐ Eastern | Mississippi County | ☐ Suppressed Indictment | ☐ Petty |
| ☒ Southeastern | | ☐ Juvenile | ☒ Misdemeanor |
| | | | ☐ Felony |
| | | | Check all Applicable |

**Defendant Information**
Defendant's Name    KEITH A. GRISSOM
Alias Name
Birthdate           11/15/1952       Not Available ☐
Social Security No. 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      Not Avai

**Related Case Information**
Related Case, if any _____    1:23CR00101 ACL
Superseding Indictment/Information  ☐ Yes ☒ No  if yes, original case number
        (Circle One)
Is this a New Defendant?   ☒ Yes ☐ No
Prior Complaint Case Number, if any
Complaint: _____ Pending   _____ Dismissed

Name of AUSA    John N. Koester, Jr.   ☐ Detention Requested
Name of Agent/Agency    ATF/Tim Miller

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☒ No
☐ Not known at this time

**Location Status**
Arrest Date
☐ Currently in Federal Custody
☐ Currently in State Custody       Writ Required ☐ Yes ☐ No
☐ Currently on bond
☒ Defendant not in Custody

**U.S.C. Citations**
Total # of Counts for this Defendant  1

| # | Index Key/Code/ Offense Level | Description of Offense Charged | Count(s) | Penalty Info |
|---|---|---|---|---|
| 1 | 18:922M.M | Failure to maintain records by Federal Firearms Dealer | I | I nmt 1y and/or F nmt $100,000 |

Date   July 27, 2023           Signature of AUSA   _/s/ signature_