Case: 1:23-cr-00101-ACL   Doc. #: 8   Filed: 08/09/23   Page: 1 of 6 PageID #: 9

FILED
AUG -9 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | |
| KEITH GRISSOM, ) | |
| ) | |
| Defendant. ) | |

### GUILTY-PLEA AGREEMENT

Come now the parties and hereby agree, as follows:

### 1. PARTIES:

The parties are the defendant, Keith Grissom, represented by defense counsel John R. Schneider, and the United States of America (hereinafter "United States" or "Government"), represented by the Office of the United States Attorney for the Eastern District of Missouri. This agreement does not, and is not intended to, bind any governmental office or agency other than the United States Attorney for the Eastern District of Missouri. The Court is neither a party to nor bound by this agreement.

### 2. GUILTY PLEA:

Pursuant to Rule 11(c)(1)(A) and (B), Federal Rules of Criminal Procedure, in exchange for the defendant's voluntary plea of guilty to the charge made in the Information (Failure to Make Entry in Records by Federal Firearms Dealer), the government agrees that no further federal prosecution will be brought in this District relative to the defendant's violations of federal law, known to the government at this time, arising out of the defendant's operation of a business known as "Mr. G's Gun Shop, LLC."

### 3. ELEMENTS:

As to the charge made in the Information, the defendant admits to knowingly violating Title 18, United States Code, Section 922(m), and admits there is a factual basis for the plea and further understands that the elements of the offense are:

<u>One</u>, the defendant was a federally licensed firearms dealer; and

<u>Two</u>, the defendant knowingly failed to make an appropriate entry or failed to maintain the firearms records he was required by federal law to maintain.

### 4. FACTS:

The parties agree that the facts in this case are as follows and that the government would prove these facts beyond a reasonable doubt if the case were to go to trial. These facts may be considered as relevant conduct pursuant to Section 1B1.3:

Firearms dealers operating in the United States must possess a federal firearms license to sell firearms and ammunition. A federally licensed firearms dealer (commonly referred to as an "FFL") is required to prepare and maintain certain records of all firearms transactions. Such records are kept in what is generally known as an Acquisition and Disposition ("A&D") Book. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is responsible for ensuring compliance with all record keeping regulations.

The defendant, Keith Grissom, is a federally licensed firearms dealer who owns and operates a business in East Prairie, Missouri known as Mr. G's Gun Shop, LLC, ("Mr. G's"). Accordingly, Grissom is responsible for properly maintaining accurate records of all firearms transactions in his A&D Book. Between July 2020 and July 2021, ATF agents conducted a series of inspections at Mr. G's and discovered a number of irregularities in Grissom's records. Among

other things, the investigation revealed inaccurate records were kept in relation to the purchase and transfer of lower receivers.

By this plea, Grissom admits that he knowingly failed to properly maintain records he was required to keep under federal law. These violations occurred in Mississippi County, within the Southeastern Division of the Eastern District of Missouri.

## 5. STATUTORY PENALTIES:

The defendant fully understands that the maximum possible penalty provided by law for the crime to which the defendant is pleading guilty is imprisonment of not more than one year, a fine of not more than $100,000.00, or both such imprisonment and fine.

Pursuant to Title 18, United States Code, Section 3013, the Court is also required to impose a mandatory special assessment of $25, which the defendant agrees to pay at the time of sentencing.

## 6. THE SENTENCE:

In exchange for the defendant's guilty plea to the charge in the Information, the parties will jointly recommend that the Court impose a fine in the amount of $1000.00 at the time of sentencing. The parties further agree that sentencing shall be deferred following the guilty plea in order to provide the defendant a sufficient amount of time to transfer and/or liquidate his existing inventory of firearms and ammunition. The parties anticipate that this process may take up to six months. As part of this agreement, the defendant further agrees to voluntarily relinquish his federal firearms license (FFL) at the time of sentencing. The defendant fully understands that, upon relinquishment of his FFL, he will no longer be permitted to engage in business activities related to the sale, importation, or manufacturing of firearms and ammunition. It is further understood that, because the defendant has willfully violated the Gun Control Act, the defendant may not reapply for an FFL at any time in the future.

## 7. WAIVER OF APPEAL:

In the event the Court accepts the plea agreement and joint sentencing recommendation, then both parties hereby waive all rights to appeal in this matter, including any issues relating to pretrial motions, discovery, the guilty plea, and the sentence.

## 8. ACKNOWLEDGMENT AND WAIVER OF THE DEFENDANT'S RIGHTS:

In pleading guilty, the defendant acknowledges, fully understands and hereby waives his rights, including but not limited to: the right to plead not guilty to the charges; the right to be tried by a jury in a public and speedy trial; the right to file pretrial motions, including motions to suppress or exclude evidence; the right at such trial to a presumption of innocence; the right to require the government to prove the elements of the offenses charged against the defendant beyond a

reasonable doubt; the right not to testify; the right not to present any evidence; the right to be protected from compelled self-incrimination; the right at trial to confront and cross-examine adverse witnesses; the right to testify and present evidence and the right to compel the attendance of witnesses. The defendant further understands that by this guilty plea, the defendant expressly waives all the rights set forth in this paragraph.

The defendant fully understands that the defendant has the right to be represented by counsel, and if necessary, to have the Court appoint counsel at trial and at every other stage of the proceeding. The defendant's counsel has explained these rights and the consequences of the waiver of these rights. The defendant fully understands that, as a result of the guilty plea, no trial will, in fact, occur and that the only action remaining to be taken in this case is the imposition of the sentence.

The defendant is fully satisfied with the representation received from defense counsel. The defendant has reviewed the government's evidence and discussed the government's case and all possible defenses and defense witnesses with defense counsel. Defense counsel has completely and satisfactorily explored all areas which the defendant has requested relative to the government's case and any defenses.

## 9. VOLUNTARY NATURE OF THE GUILTY PLEA AND PLEA AGREEMENT:

This document constitutes the entire agreement between the defendant and the government, and no other promises or inducements have been made, directly or indirectly, by any agent of the government, including any Department of Justice attorney, concerning any plea to be entered in this case. In addition, the defendant states that no person has, directly or indirectly, threatened or coerced the defendant to do or refrain from doing anything in connection with any aspect of this case, including entering a plea of guilty.

The defendant acknowledges having voluntarily entered into both the plea agreement and the guilty plea. The defendant further acknowledges that this guilty plea is made of the defendant's own free will and that the defendant is, in fact, guilty.

8/9/23
Date

JOHN N. KOESTER, JR.
Assistant United States Attorney

_____
Date

KEITH GRISSOM
Defendant

_____
Date

JOHN R. SCHNEIDER
Attorney for Defendant