**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEAST DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 1:223-CR-00101-1 ACL |
| | ) | |
| KEITH A. GRISSOM, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, KEITH A. GRISSOM'S, RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, Keith A. Grissom, by and through his attorney, John R. Schneider of Johnson, Schneider & Ferrell, LLC, and for Defendant's Response to the Presentence Investigation Report filed herein, states as follows:

1. Essentially, Defendant, Keith Grissom, is not attacking or objecting to the matters set forth in the Presentence Investigation Report. Rather, Defendant, Keith Grissom, is providing additional information and clarification as to some of the matters addressed in the Presentence Investigation Report so that the Government and the Court is fully apprised of Defendant's position.

2. In regard to paragraphs 9, 10, 11, 12 and 13 of the Presentence Investigation Report, Defendant, Keith Grissom, did not have any knowledge of any straw purchase, was not present at the gun shop to his knowledge when these straw purchases were made and had no knowledge of those until after he was notified by Agents with the ATF. Those employees either quit or were terminated from Mr. G's Gun Shop by Defendant, Keith Grissom.

3. In regard to paragraph 33 of the Presentence Investigation Report, Defendant's counsel does not recall advising his client not to discuss criminal history. Defendant's counsel

does recall a situation where matters of civil lawsuits were brought up and the question was asked about the nature of any civil lawsuit and after discussion with the probation intake person it was determined that no further information needed to be provided. A past civil matter that was approximately ten (10) plus years old had no bearing on the Presentence Investigation Report intake or report. If the Court needs additional information pertaining to a past civil matter pertaining to Mr. G's Gun Shop or pertaining to Defendant, Keith Grissom, counsel for Defendant will further apprise the Court as requested or directed.

4. In regard to paragraph 82 of the Presentence Investigation Report, the instant offense investigation resulted from straw purchase of firearms form the Defendant's business, that Defendant was not aware of until after being informed by Agents with the ATF. Those were arrests of the other two individuals that were employed by Mr. G's Gun Shop not Defendant, Keith Grissom.

5. Defendant, Keith Grissom, is providing this as a supplement to the Presentence Investigation Report, not necessarily to be construed as an objection to the overall Report.

JOHNSON, SCHNEIDER & FERRELL, L.L.C.

By: ______________________________

John R. Schneider
212 North Main Street
Cape Girardeau, MO 63701
Telephone: 573-335-3300
Fax: 573-335-1978
Attorney for Defendant, Keith A. Grissom

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing pleading filed via email in accordance with local Rules and otherwise addressed to:

Assistant U.S. Attorney
John Nicholas Koester, Jr.
555 Independence Room 3000
Cape Girardeau, MO 63703
Email: john.koester@usdoj.gov

United States Probation Officer
Chelsea N. Sawyer
Rush Hudson Limbaugh, Sr. United States Courthouse
555 Independence Street, Suite 1100
Cape Girardeau, MO 63703-6235
Email: Chelsea_Sawyer@moep.uscourts.gov

on this 14th day of November, 2023.

John R. Schneider